Julie A. Blair, Esquire, San Diego, CA, for Defendant–Appellant.

Before: WALLACE, RAWLINSON, and IKUTA, Circuit Judges.

### MEMORANDUM \*\*

Jorge Macias–Valdez appeals from the district court's judgment and challenges the 66-month sentence imposed following his guilty-plea conviction for attempted reentry of a removed alien, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Macias–Valdez contends that his sentence is substantively unreasonable in light of his mental and physical health problems, and his alleged cultural assimilation. The district court did not abuse its discretion in imposing Macias–Valdez's sentence. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including Macias–Valdez's significant criminal and immigration histories. *See Gall,* 552 U.S. at 51, 128 S.Ct. 586; *United States v. Gutierrez–Sanchez,* 587

F.3d 904, 908 (9th Cir.2009) ("The weight to be given the various factors in a particular case is for the discretion of the district court.").

**AFFIRMED.**

**Santos Marleny VELASQUEZ DE CARCAMO, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

**No. 11–72100.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 9, 2015.\*

Filed Dec. 15, 2015.

Miguel Angel Olano, Miguel Olano, Attorney at Law, Los Angeles, CA, for Petitioner.

Gregory Darrell Mack, Esquire, Senior Litigation Counsel, OIL, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: WALLACE, RAWLINSON, and IKUTA, Circuit Judges.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

## MEMORANDUM **

Santos Marleny Velasquez de Carcamo, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' ("BIA") order denying her motion to reconsider. We have jurisdiction under 8 U.S.C. § 1252. We deny the petition for review.

In her opening brief, Velasquez de Carcamo fails to make any argument that the BIA abused its discretion in denying her motion to reconsider. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1260 (9th Cir. 1996) (denying the petition for review where petitioner failed "to address how the BIA abused its discretion by denying his motion to reopen and reconsider its decision").

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

